IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON KING and CAITLIN STEVENS,<br><br>Plaintiffs,<br><br>v.<br><br>ON THE RECORD, INC., and DOES 1-25,<br><br>Defendants. | Case No.: 12-cv-6271 JSC<br><br>**AMENDED CASE MANAGEMENT SCHEDULING ORDER** |

Following the Case Management Conference held on October 10, 2013, the Case Management Schedule is hereby AMENDED as follows:

**I.   CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Deadline to amend the complaint to clarify inclusion of Title VII claim: | October 21, 2013 |
| Deadline to file FSLA conditional certification motion: | November 1, 2013 |
| Opposition to conditional certification motion due: | December 6, 2013 |
| Reply to conditional certification motion due: | December 27, 2013 |
| Hearing on conditional certification motion: | January 16, 2014 |
| Fact discovery cut-off: | March 26, 2014 |
| Deadline to file FSLA final certification motion: | March 19, 2014 |

| | |
|---|---|
| Opposition to final certification motion due: | April 2, 2014 |
| Reply to final certification motion due: | April 9, 2014 |
| Final certification hearing: | April 24, 2014 |
| Deadline to file dispositive motions: | May 9, 2014 |
| Oppositions to dispositive motions due: | May 23, 2014 |
| Replies to dispositive motions due: | May 30, 2014 |
| Dispositive motion hearing: | June 19, 2014 |
| Disclosure of expert witnesses: | May 12, 2014 |
| Expert discovery cut-off: | June 27, 2014 |

## II.   TRIAL DATE

A.   Jury trial will begin on October 27, 2014 at 8:30 a.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.

## III.   PRETRIAL CONFERENCE

A Final Pretrial Conference shall be held on October 2, 2014, at 2:00 p.m., in Courtroom F, 15th Floor. Lead trial counsel for each party shall attend.

**IT IS SO ORDERED.**

Dated: October 10, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2