1  Richard A. Hoyer (SBN 151931)
   David C. Lipps (SBN 269933)
2  HOYER & ASSOCIATES
   4 Embarcadero Center, Suite 1300
3  San Francisco, CA 94111
   *tel* (415) 766-3539
4  *fax* (415) 276-1738
   rhoyer@hoyerlaw.com
5  dlipps@hoyerlaw.com

6  Attorneys for Plaintiffs
   BYRON KING
7  CAITLIN STEVENS

8

   JACKSON LEWIS LLP
9  Mitchell F. Boomer (SBN 121441)
   BoomerM@jacksonlewis.com
10 50 California Street, 9th Floor
   San Francisco, CA 94111
11 415.394.9400 | Phone
   415.394.9401 | Fax
12
   Attorneys for Defendant
13 ON THE RECORD, INC.

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16
   | BYRON KING and CAITLIN STEVENS, | Case No. 12-cv-6271-JSC |
   |---|---|
   | Plaintiffs, | **STIPULATION AND [PROPOSED]** |
   | vs. | **ORDER FOR DISMISSAL** |
   | ON THE RECORD, INC., and DOES 1–25, | |
   | Defendants, | |

22 / / /

23 / / /

24 / / /

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**                                            1

1  Pursuant to the parties' settlement agreement, the parties hereby stipulate that this
2  case be dismissed with prejudice.

4  Date: May 27, 2014

HOYER & ASSOCIATES

_/s/ David C. Lipps_
David C. Lipps
Attorney for Plaintiffs
BYRON KING
CAITLIN STEVENS

Date: June 24, 2014

JACKSON LEWIS LLP

_/s/_
Mitchell Boomer
Punam Sarad
Attorneys for Defendant
ON THE RECORD, INC.

Date: June 25, 2014

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_/s/ Jacqueline S. Corley_
Jacqueline Scott Corley
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL        2